No. 78-421. DAHLBERG ELECTRONICS, INC., ET AL. *v.* KIEV-LAN ET AL. Appeal from Ct. App. Cal., 1st App. Dist.; and

No. 78-486. COUNCIL FOR EMPLOYMENT AND ECONOMIC ENERGY USE *v.* WHDH CORP. ET AL. C. A. 1st Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 78-761. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Motion of petitioners to expedite consideration of petition for writ of certiorari denied.

No. 78-5388. FORD *v.* MUIR, U. S. DISTRICT JUDGE, ET AL.; and

No. 78-5505. PICKING *v.* BALTIMORE COUNTY, MARYLAND, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 78-425. P. C. PFEIFFER CO., INC., ET AL. *v.* FORD ET AL. C. A. 5th Cir. Certiorari granted.

No. 78-488. UNITED STATES *v.* 564.54 ACRES OF LAND, MORE OR LESS, SITUATED IN MONROE AND PIKE COUNTIES, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari granted.

No. 78-511. LO-JI SALES, INC. *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari granted.

No. 78-99. PARKER *v.* RANDOLPH ET AL. C. A. 6th Cir. Motions of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.